FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR449-IEG |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1544 - |
| JOSE MANUEL MANZO-PEREZ, ) | Misuse of a Passport (Felony) |
|   aka Roberto Perez-Perez, ) | |
|   aka Sergio Alfonso Lepe ) | |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 17, 2008, within the Southern District of California, defendant JOSE MANUEL MANZO-PEREZ, did willfully and knowingly use passport No. 039603762, issued under the authority of the United States, to Sergio Alfonso Lepe, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: February 21, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf:San Diego
1/25/08