AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES OF AMERICA

v.

JOSE MANUEL MANZO-PEREZ
aka Roberto Perez-Perez
aka Sergio Alfonso Lepe

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR449-IEG

I, JOSE MANUEL MANZO-PEREZ, aka Roberto Perez-Perez aka Sergio Alfonso Lepe, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-21-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JOSE MANUEL MANZO-PEREZ
Defendant

STEPHEN DEMIK
Counsel for Defendant

Before _____
JUDICIAL OFFICER