

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,         )   Criminal No. **08CR449-IEG**
                                       )
11                   Plaintiff,        )   **CONSENT TO RULE 11 PLEA IN A**
                                       )   **FELONY CASE BEFORE UNITED**
12   v.                                )   **STATES MAGISTRATE JUDGE**
                                       )
13   **JOSE MANUEL MANZO-PEREZ**,      )
                                       )
14                   Defendant.        )
                                       )
15   ─────────────────────────────────

16        I have been advised by my attorney and by the United States

17   Magistrate Judge of my right to enter my plea in this case before

18   a United States District Judge.  I hereby declare my intention to

19   enter a plea of guilty in the above case, and I request and

20   consent to have my plea taken by a United States Magistrate Judge

21   pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22        I understand that if my plea of guilty is taken by the

23   United States Magistrate Judge, and the Magistrate Judge

24   recommends that the plea be accepted, the assigned United States

25   District Judge will then decide whether to accept or reject any

26   plea agreement I may have with the United States and will

27   adjudicate guilt and impose sentence.

28        I further understand that any objections to the Magistrate

08CR449-IEG

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Dated: _MARCH 13, 2008_

JOSE MANUEL MANZO-PEREZ
Defendant

Dated: _MARCH 13, 2008_

STEPHEN DEMIK, FD
Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.

Dated: _MARCH 13, 2008_

DOUGLAS KEEHN
Assistant United States Attorney

08CR449-IEG